# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2310
_____

Michelle A. Baker

*Plaintiff - Appellant*

v.

Cenlar Federal Savings Bank, Mr. Stephen W. Gozdan, Chief Financial Officer

*Defendant - Appellee*

CitiMortgage, Inc.; Christian Bank & Trust, as Trustee for Securitized Trust
CitiGroup Mortgage Loan Trust, Inc. 2015-PSI Trust, Mortgage Electronic
Registration System ("MERS")

*Defendant*s
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: December 27, 2022
Filed: January 10, 2023
[Unpublished]
_____

Before GRASZ, MELLOY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Minnesota resident Michelle Baker appeals after the district court[1] granted summary judgment in favor of Cenlar Federal Savings Bank, a mortgage servicer, in this diversity action related to a foreclosure proceeding. Upon careful de novo review, we conclude that summary judgment was proper for the reasons explained by the district court. See Erickson v. Nationstar Mortg., LLC, 31 F.4th 1044, 1047-48 (8th Cir. 2022) (standard of review; summary judgment appropriate if nonparty who has burden of persuasion at trial does not present sufficient evidence as to any element of cause of action). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

---

[1]The Honorable John R. Tunheim, United States District Court Judge for the District of Minnesota.